IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11 – CV – 0 0 8 9 3 WJM MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

Defendant.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 5 2011

**GREGORY C. LANGHAM**
CLERK

---

### WARRANT FOR ARREST OF PROPERTY *IN REM*

---

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY

AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the Order for Warrant for Arrest of Property In Rem issued by this Court,

YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, all the

defendant property described in the Verified Complaint for Forfeiture In Rem filed herewith, and to

use whatever means may be appropriate to protect and maintain it in your custody until further order

of this Court;

PROMPTLY TO make your return of the Warrant with the Court;

DONE at Denver, Colorado, this 8th day of April , 2011.

GREGORY C. LANGHAM
Clerk of the United States District Court

By: _____
Deputy Clerk