IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

        Defendant.
_____

**NOTICE OF PUBLICATION**
_____

        I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 29, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

        DATED this 2nd day of June, 2011.

                              Respectfully submitted,

                              JOHN F. WALSH
                              United States Attorney

                       By: s/ Martha A. Paluch
                              Martha A. Paluch
                              Assistant United States Attorney
                              1225 17th Street, Ste. 700
                              Denver, Colorado  80202
                              Telephone: (303) 454-0100
                              FAX: (303) 454-0402
                              E-mail: martha.paluch@usdoj.gov
                              Counsel for the United States