IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

    Defendant.

## NOTICE OF ARREST AND PROCEDURE

THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:

THAT the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. §881 for the forfeiture of the defendant property.

THAT the United States Marshals Service executed a Warrant of Arrest of Property *In Rem* against the defendant property.

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions and the Federal Rules of Civil Procedure. Any persons claiming or asserting an interest in the above-described property must file their Claims pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at Denver, Colorado, within thirty-five (35) days after the date of this

notice, or by July 8, 2011. Their Answer to the Complaint must be filed within twenty-one (21) days after filing their Claim. Copies of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 will be noted and forfeiture will be sought of the interest in the defendant property.

DATED this 3rd day of June, 2011.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

By:  s/ Martha A. Paluch
      Martha A. Paluch
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0402
      E-mail: martha.paluch@usdoj.gov
      Attorney for Plaintiff