IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

      Defendant.

---

## CERTIFICATE OF SERVICE

---

    I hereby certify that on this 3rd day of June, 2011, true copies of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF  A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Tae E. Darnell                   Cert Mail No. 7010 3090 0001 3928 5378
McAllister, Darnell & Gottlieb, P.C.
36 Steele Street, Suite 200
Denver, CO 80206
Attorney for Jason Thompson

                                     s/ Raisa Pitman
                                     FSA Data Analyst
                                     Office of the U.S. Attorney