IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

       Defendant.

## MOTION FOR CLERK'S ENTRY OF DEFAULT

COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55, moves for entry of default. In support, Plaintiff states:

1. Notice of this action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 29, 2011, as evidenced by the Notice of Publication filed June 2, 2011 (Doc. 6).

2. Service to all known interested parties was made via regular and certified mail return receipt requested as evidenced by the plaintiff's Certificate of Service filed with the Court on June 3, 2011 (Doc. 8).

3. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

WHEREFORE, the United States requests that pursuant to Fed.R.Civ.P. 55(a) the Clerk enter default.

DATED this 17th day of August, 2011.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By: s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: martha.paluch@usdoj.gov
    Attorney for Plaintiff

## CERTIFICATE OF MAILING

I hereby certify that on this 20th day of May, 2011, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

Tae E. Darnell                                Cert # 7010 3090 0001 3928 5781
McAllister, Darnell & Gottlieb, P.C.
36 Steele Street, Suite 200
Denver, CO  80206
*Counsel for Jason Thompson*

    s/ *Raisa V. Pitman*
    FSA Data Analyst
    Office of the U.S. Attorney