IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

      Defendant.

_____

**ENTRY OF DEFAULT**
_____

    THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

    (a)    Service was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 29, 2011, as evidenced by the Notice of Publication filed June 2, 2011 (Doc. 6);

    (b)    Service to all known interested parties was made via regular mail and certified mail return receipt requested as evidenced by the plaintiff's Certificate of Service filed with the Court on June 3, 2011 (Doc. 8); and

    (c)    To date, no claim, answer, or other responsive pleading has been filed as to defendant property.

    Therefore, DEFAULT as to the defendant property is herewith entered.

    DONE at Denver, Colorado this ____ day of _____, 2011.

                          FOR THE COURT:
                          GREGORY C. LANGHAM, CLERK

                          By: _____
                              Deputy Clerk