IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

        Defendant.

---

## AMENDED CERTIFICATE OF MAILING (DOC. 9)

---

    I hereby certify that on this 17th day of August, 2011, a true copy of the Motion for Clerk's Entry of Default (Doc. 9) was mailed via regular mail and certified mail return receipt requested to:

Tae E. Darnell
McAllister, Darnell & Gottlieb, P.C.
36 Steele Street, Suite 200
Denver, CO  80206
*Counsel for Jason Thompson*

Cert # 7010 3090 0001 3928 5781

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney