IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893 WJM-MEH

UNITED STATES OF AMERICA,,

    Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,,

    Defendant.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service to all known Interested parties was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 29, 2011, as evidenced by the Notification of Publication filed June 2, 2011 Document [6]; Service to all known interested parties was made via regular mail and certified mail return receipt requested as evidenced by the Plaintiff's Certificate of Service filed with the Court on June 3, 2011 Document [8]; and to date, no claim, answer or other responsive pleading has been filed as to defendant property. Therefore, DEFAULT as to the defendant $17,469.00 IN UNITED STATES CURRENCY is entered pursuant to Fed. R. Civ. P. 55(a)

DATED: August 29, 2011.

GREGORY C. LANGHAM, CLERK

By:  s/ Edward P. Butler
      Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

 I hereby certify that on August 29, 2011, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

 And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

            GREGORY C. LANGHAM, CLERK

           By:  s/ Eileen
              Deputy Clerk