IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

        Defendant.

---

**MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**

---

        COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture of defendant property in favor of the United States. In support, Plaintiff states:

        1.      On April 5, 2011, the United States filed its Verified Complaint seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881 (Doc. 1). All of the sworn statements in the complaint establish by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

        2.      The United States Marshals Service executed the Warrant for Arrest of Property *In Rem* on April 29, 2011, as evidenced by the United States Marshals Return previously filed with the Court (Doc. 5).

3. Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificate of Service filed with the Court on June 3, 2011 (Doc. 8).

4. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 29, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on June 2, 2011 (Doc. 6).

5. To date, no claim, answer, or other responsive pleading has been filed as to the defendant property.

6. Entry of Default was entered on August 29, 2011, by the Clerk of the Court (Doc. 11).

7. Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to the defendant property.

WHEREFORE, the United States prays for default and final order of forfeiture of the defendant property in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to the defendant property, and to direct the Clerk of Court to enter Judgment as to the defendant property for the reasons set forth above.

DATED this 14th day of September, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: Martha.Paluch@usdoj.gov
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2011, I electronically filed with the Court the foregoing and mailed via regular mail and certified mail return receipt requested to:

| | |
|---|---|
| Tae E. Darnell<br>McAllister, Darnell & Gottlieb, P.C.<br>36 Steele Street, Suite 200<br>Denver, CO 80206<br>*Attorney for Jason Thompson* | Cert # 7010 3090 0001 3928 5736 |

        s/ *Raisa V. Pitman*
        FSA Data Analyst
        Office of the U.S. Attorney