IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00893-WJM-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$17,469.00 IN UNITED STATES CURRENCY,

       Defendant.

## JUDGMENT

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable Judge William J. Martinez, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title to the following defendant property is hereby entered in favor of the United States:

        a.    $17,469.00 in United States currency.

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

DATED at Denver, Colorado, this 15th day of September, 2011.

                        FOR THE COURT:

                        Gregory C. Langham, Clerk

                        By: s/Edward P. Butler
                              Edward P. Butler
                              Deputy Clerk